| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FINAL FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Smith, Fern M | 2. Court or Organization<br><br>District Court - Northern CA | 3. Date of Report<br><br>7/27/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Retired | 5. ReportType (check appropriate type)<br><br>○ Nomination,     Date<br><br>○ Initial     ○ Annual     ● Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>6/30/2005 |
| 7. Chambers or Office Address<br><br>United States District Court<br><br>450 Golden Gate Avenue<br><br>San Francisco, CA 94102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____     Date_____ | |

**IMPORTANT NOTES:** The inst ctions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.    Trustee | Trust #1 f/k/a ▮▮▮▮▮▮ Trust (All assets listed Part VII) |
| 2.    Trustee | Trust #2 f/k/a IRA Trust (All assets listed Part VII) |
| 3. | |

## II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 JUL 28 A 8: 25 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Smith, Fern M | 7/27/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 6/02/04 | Lexis-Nexis Group (Edit Publication) | $528.00 |
| 2. | 10/27/04 | Lexis-Nexis Group (Edit Publication) | $320.00 |
| 3. | 3/23/05 | Lexis-Nexis Group (Edit Publication) | $435.29 |
| 4. | 5/04/05 | Lexis-Nexis Group (Edit Publication) | $704.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | Please see Section IV. REIMBURSEMENTS (Attached) |

## IV. REIMBURSEMENTS

| | | |
|---|---|---|
| 2/13-26/04 | Amman, Jordan | ABA-CEELI Women and the Law Workshop<br>Faculty<br>Airfare, lodging & meals reimbursed |
| 3/19-21/04 | Carmel, CA | Association of Business Trial Lawyers Joint Board Retreat<br>Participant<br>Mileage, lodging & meals reimbursed |
| 4/14-17/04 | New Orleans, LA | ALI-ABA New Directions in Opinion/Expert Testimony<br>Faculty<br>Airfare, lodging & meals reimbursed |
| 5/16-17/04 | Washington, DC | ABA-CEELI Advisory Board Meeting<br>Participant<br>Airfare, lodging & meals reimbursed |
| 9/12-15/04 | Washington, DC | Science, Technology & Law Meeting<br>Participant<br>Airfare, lodging & meals reimbursed |
| 9/15-18/04 | Sao Paulo, Brazil | U. S. Delegation Meetings<br>Participant<br>Airfare, lodging & meals reimbursed |
| 9/18-26/04 | Porto Alegre, Brazil | Brazilian Judicial Conference<br>Participant<br>Airfare, lodging & meals reimbursed |
| 10/10-13/04 | Nashville, TN | National Conference of Bankruptcy Judges<br>Faculty<br>Airfare, lodging & meals reimbursed |
| 10/13-17/04 | New York City, NY | SKAPP Conference: *Sequestered Science*<br>Participant<br>Airfare, lodging & meals reimbursed |
| 10/19-24/04 | Kohala Coast, HI | ABTL Conference<br>Participant<br>Airfare, lodging & meals reimbursed |
| 10/30-11/2/04 | Ottawa, Canada | International Judicial Conference<br>Participant<br>Airfare, lodging & meals reimbursed |
| 12/2-3/04 | New York, NY | ALI-ABA Evidence Program<br>Faculty<br>Airfare, lodging & meals reimbursed |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Fern M | 7/27/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Trust #1 f/k/a ▆▆▆▆▆ Trust | D | Dividend. | P1 | T | | | | | |
| 2. -Merrill Lynch Money Market | | | | | | | | | |
| 3. -NUV Insd Opp Fund | | | | | | | | | |
| 4. -Baxter Int. PFD 7% | | | | | | | | | |
| 5. -Chevron Texaco Corp. (common) | | | | | | | | | |
| 6. -SPDR Consumers (fund) | | | | | | | | | |
| 7. -SPDR Energy (fund) | | | | | | | | | |
| 8. -SPDR Financial (fund) | | | | | | | | | |
| 9. -SPDR Ind (fund) | | | | | | | | | |
| 10. -SPDR Dep. Rec. | | | | | | | | | |
| 11. -Sipple Inv. LLC | | | | | | | | | |
| 12. ▆▆▆ Partnership | E | Dividend | P1 | T | | | | | |
| 13. -Fiserv (common) | | | | | | | | | |
| 14. -IBM (stock) | | | | | | | | | |
| 15. -Bank America Corp. (common) | | | | | | | | | |
| 16. -Merck & Co. (common) | | | | | Sell | 7/1 | K | C | |
| 17. -First Australia Fund (MF) (now Aberdeen Australia) | | | | | | | | | |
| 18. -General Motors (common) | | | | | Sell | 6/28 | J | B | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000. | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Fern M | 7/27/2005 |

## VII.  INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34–57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19.   -Applied Materials | | | | | | | | | |
| 20.   -Intel (common) | | | | | | | | | |
| 21.   -LSI Logic | | | | | Sell | 6/30 | J | A | |
| 22.   -McKesson HBOC, Inc. (common) | | | | | | | | | |
| 23.   -Oracle Corp. (common) | | | | | | | | | |
| 24.   -3Com Corp.(common) | | | | | | | | | |
| 25.   -Ascential Software | | | | | | | | | |
| 26.   -Delphi Automotive | | | | | | | | | |
| 27.   -Pfizer Inc. | | | | | | | | | |
| 28.   -Schlumberger Ltd. | | | | | | | | | |
| 29.   Trust #2 f/k/a IRA Trust | C | Interest | C | T | | | | | |
| 30.   -Evergreen Money Market f/k/a Schwab Money Market | | | | | | | | | |
| 31.   -GE Cap 7/5%  2005 | | | | | | | | | |
| 32.   -Pfizer 3.625%  2004 | | | | | | | | | |
| 33.   -ATT&T Wireless | | | | | | | | | |
| 34.   -Delphi Corp | | | | | | | | | |
| 35.   -Duke Energy | | | | | | | | | |
| 36.   -G.E. Corp. | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Smith, Fern M | 7/27/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. -Hewlett-Packard | | | | | Sell | 6/24 | J | A | |
| 38. -Honeywell Int. | | | | | Sell | 6/30 | J | A | |
| 39. -IBM | | | | | Sell | 7/18 | J | A | |
| 40. -Lucent Tech | | | | | Sell | 6/17 | J | A | |
| 41. -Oracle | | | | | Sell | 7/18 | J | A | |
| 42. -Pfizer | | | | | | | | | |
| 43. -Sara Lee | | | | | | | | | |
| 44. -Sempra Energy | | | | | Sell | 6/27 | J | A | |
| 45. -Comcast | | | | | Sell | 6/27 | K | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Fern M | 7/27/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ⎯

Date _July 26, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544